1  LARRY L. BAUMBACH State Bar No.: 50086
   llbarrister@sandpipernet.com
2  LAW OFFICES OF LARRY L. BAUMBACH
   686 Rio Lindo Avenue
3  Chico, California  95926
   Telephone:    (530) 891-6222
4  Facsimile:    (530) 893-8245

5  Attorneys for Plaintiff
   Eric W. Rund
6
   HOWARD L. MAGEE State Bar No.: 185199
7  howard.magee@ogletreedeakins.com
   GREGORY C. CHENG State Bar No.: 226865
8  gregory.cheng@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
9  633 West Fifth Street, 53rd Floor
   Los Angeles, California  90071
10 Telephone:    (213) 239-9800
   Facsimile:    (213) 239-9045
11
   Attorneys for Defendant
12 Charter Communications, Inc.

13                    **UNITED STATES DISTRICT COURT**

14                    **EASTERN DISTRICT OF CALIFORNIA**

15

16  ERIC W. RUND,                          )  Case No. 02:05CV 00502 FCD-GGH
                                           )  (Sacramento)
17              Plaintiff,                 )
                                           )  **STIPULATION AND ORDER TO**
18       v.                                )  **ALLOW THE SECOND DAY OF**
                                           )  **DEPOSITION OF PLAINTIFF ERIC**
19  CHARTER COMMUNICATIONS, INC.; DOES )   **RUND TO OCCUR AFTER THE**
    1 to 100, Inclusive,                   )  **DISCOVERY CUT-OFF DATE**
20                                         )
                Defendants.                )  Location:      Courtroom 2, 15th Floor
21                                         )  Judge:         Hon. Frank C. Damrell, Jr.
                                           )  Action Filed:  March 14, 2005
22                                         )  Trial Date:    None

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    1.

## **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Eric Rund ("Plaintiff"), by his attorneys of record – the Law Offices of Larry L. Baumbach, by Larry L. Baumbach, attorney at law, and Defendant Charter Communications, Inc. ("Defendant") by their attorneys of record – Ogletree, Deakins, Nash, Smoak & Stewart P.C., by Howard L. Magee, attorney at law (collectively "Parties"), that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

**WHEREAS**, the present trial date is set for July 10, 2007;

**WHEREAS**, both parties have conducted significant discovery in this Action;

**WHEREAS**, Defendant has taken four (4) hours of the deposition of Plaintiff;

**WHEREAS**, Plaintiff has agreed to waive the "one-day" rule and allow Defendant to take the remaining three (3) hours of Plaintiff's deposition;

**WHEREAS**, due to prior conflicts, counsel for both parties will not be able to attend the second day of Plaintiff's deposition before the discovery cut-off date of October 16, 2006;

**WHEREAS**, Defendant will complete the second day of deposition of Plaintiff on or before January 15, 2007.

**WHEREAS**, because the trial date is more than nine (9) months away, the Parties agree that Defendant's taking of the remaining three hours of Plaintiff's deposition beyond the discovery cut-off date will not prejudice either Party.

**WHEREAS**, Defendant will be prejudiced if it were precluded from completing the remaining three (3) hours of deposition of Plaintiff;

**NOW, THEREFORE,** the Parties hereby **STIPULATE AND AGREE** through their respective counsel of record, as follows:

1.  Good cause exists to allow Defendant to notice the deposition of Plaintiff Eric Rund for a date beyond the current discovery cut-off date of October 16, 2006. The remaining portion of Plaintiff's deposition will be completed on or before January 15, 2007.

/ / /

**IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

DATED: October 6, 2006	LAW OFFICES OF LARRY L. BAUMBACH

By /s/ Larry Baumbach
    Larry L. Baumbach

Attorneys for Plaintiff Eric W. Rund

DATED: October 8, 2006	HOWARD L. MAGEE
GREGORY C. CHENG
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By /s/ Howard Magee
    Howard L. Magee

Attorneys for Defendant Charter
Communications, Inc.

## **ORDER**

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that Defendant may notice and take the deposition of Plaintiff Eric Rund on a date beyond the current discovery cut-off date of October 16, 2006. The remaining portion of Plaintiff's deposition will be completed on or before January 15, 2007. This extension is granted as to completing plaintiff's deposition ONLY. No other modifications are made to the discovery deadline.

DATED: October 16, 2006	/s/ Frank C. Damrell Jr.   .
    Frank C. Damrell, Jr.
    United States District Judge